ROBERT W. PHELAN (RP-3825)
COZEN O'CONNOR
ATTORNEYS FOR PLAINTIFF
45 BROADWAY ATRIUM, SUITE 1600
NEW YORK, NEW YORK 10006
212-509-9400

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X

LIBERTY MUTUAL FIRE INSURANCE COMPANY,  :
a/s/o Constance Leidy
         Plaintiff         :

      v.                       : **JURY TRIAL DEMANDED**

PET SUPPLY IMPORTS, INC.         :

         Defendants.         :

---------------------------------------------------------------X

## RULE 7.1 DISCLOSURE STATEMENT

**Please check one box**

[ ]   The nongovernmental corporate party, in the above listed civil action does not have any parent corporation and publicly held corporation that owns 10% or more of its stock.

[ X ]   The nongovernmental corporate party, Liberty Mutual Fire Insurance Company, in the above listed civil action, is a subsidiary of Liberty Mutual Holding Company, Inc. [See Exhibit "A"]

_8/26/08_                                                                     _____
**Date**                                                                **Robert W. Phelan, Esquire**

                                                               Counsel for:  Liberty Mutual Fire Insurance Company

**Federal Rule of Civil Procedure 7.1 Disclosure Statement**

 (a) **WHO MUST FILE: NONGOVERNMENTAL CORPORATE PARTY.** A nongovernmental corporate party to an action or proceeding in a district court must file two copies of a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation

 (b) **TIME FOR FILING: SUPPLEMENTAL FILING.** A party must:

  (1) file the Rule 7.1(a) statement with its first appearance, pleading, petition, motion, response or other request addressed to the court, and

  (2) promptly file a supplemental statement upon any change in the information that the statement requires.

PHILADELPHIA\3807785\2  220232.000

# BEST'S INSURANCE REPORTS®

Property/Casualty
United States & Canada

## 2007 Edition
## Volume II

United States
K - Z
Canada

Best's Ratings and Reports
are as of publication date July 23, 2007

For Current Ratings and Reports access *www.ambest.com*

Published Continuously Since 1900



**A.M. BEST COMPANY**
Oldwick, New Jersey 08858 USA • (908) 439-2200 • Fax: (908) 439-3296
www.ambest.com

to the Preface for a complete explanation of Best's Rating system and procedure.

## RATING RATIONALE

For a detailed discussion of the rating rationale, refer to the report of Liberty Mutual Insurance Companies.

**Best's Rating: A r**                                                                 **Outlook: Stable**

### FIVE YEAR RATING HISTORY
Rating as of July 23, 2007: A r

| Date | Best's Rating | Date | Best's Rating |
|---|---|---|---|
| 02/28/07 | A r | 06/17/04 | A r |
| 01/25/06 | A r | 03/07/03 | A r |

### KEY FINANCIAL INDICATORS ($000)

Statutory Data

| Period Ending | Direct Premiums Written | Net Premiums Written | Pretax Operating Income | Net Income | Total Admitted Assets | Policy-holders' Surplus |
|---|---|---|---|---|---|---|
| 2002 | 50,695 | ... | 155 | 101 | 5,116 | 5,112 |
| 2003 | 56,822 | ... | 83 | 108 | 5,430 | 5,427 |
| 2004 | 76,263 | ... | 126 | 82 | 5,555 | 5,509 |
| 2005 | 72,021 | ... | 161 | 95 | 5,668 | 5,605 |
| 2006 | 66,658 | ... | 214 | 149 | 5,771 | 5,754 |

| | Profitability | | | Leverage | | | Liquidity | |
|---|---|---|---|---|---|---|---|---|
| Period Ending | Comb. Ratio | Inv. Yield (%) | Pretax ROR (%) | NA Inv Lev | NPW to PHS | Net Lev. | Overall Liq. (%) | Oper. Cash-flow (%) |
| 2002 | ... | 3.0 | ... | ... | ... | 0.0 | 999.9 | 231.0 |
| 2003 | ... | 1.8 | ... | ... | ... | 0.0 | 999.9 | ... |
| 2004 | ... | 2.3 | ... | ... | ... | 0.0 | 999.9 | 481.5 |
| 2005 | ... | 2.9 | ... | ... | ... | 0.0 | 999.9 | 625.6 |
| 2006 | ... | 3.8 | ... | ... | ... | 0.0 | 999.9 | 287.5 |
| 5-Yr | ... | 2.8 | 0.0 | ... | ... | ... | ... | ... |

(*) Data reflected within all tables of this report has been compiled from the company-filed statutory statement. Within several financial tables of this report, this company is compared against the Property Composite.

## BUSINESS REVIEW

For a detailed discussion of business review, refer to the report of Liberty Mutual Insurance Companies.

**Direct Premium Writings By Product Lines:** Direct Premiums written at the last year end totaled ($000) $66,658, and were distributed as follows: Homeowners, $62,133; Allied Lines, $3,006; All Other, $1,520.

**Major 2006 Direct Premium Writings by State ($000):** Texas, $66,658 (100.0%).

## CAPITALIZATION

For a detailed discussion of capitalization, refer to the report of Liberty Mutual Insurance Companies.

## HISTORY

The company was organized in the state of Texas on January 5, 2000 and commenced business on June 6, 2000. The current paid up capital is $2,500,000.

## MANAGEMENT

The company's business and operations are managed by Berkeley Management Corporation, which is wholly owned by Liberty Mutual Insurance Company.

**Officers of the Atty-in-Fact:** Chairman of the Board and Chief Executive Officer, James P. Condrin III; President, Michael J. Reid; Senior Vice President and Chief Financial Officer, Margaret Dillon; Senior Vice President and General Counsel, Christopher C. Mansfield; Senior Vice President, Alan R. Ledbetter; Vice President, Gary J. Ostrow; Secretary, Dexter R. Legg; Treasurer, Laurance H. Soyer Yahia.

**Directors:** James P. Condrin III, Margaret Dillon, Dennis J. Langwell, Alan R. Ledbetter, Christopher C. Mansfield.

## REGULATORY

An examination of the financial condition was made as of December 31, 2002 by the Insurance Department of Texas. The 2006 annual independent audit of the company was conducted by Ernst & Young, LLP. The annual statement of actuarial opinion is provided by Roy K. Morell, FCAS, MAAA, VP and Senior Actuary, Liberty Mutual Insurance Company.

**Territory:** The company is licensed in Texas.

## BALANCE SHEET
### ADMITTED ASSETS ($000)

| | 12/31/06 | 12/31/05 | '06% | '05% |
|---|---|---|---|---|
| Bonds | 4,503 | 4,509 | 78.0 | 79.6 |
| Cash & short-term invest | 1,208 | 1,100 | 20.9 | 19.4 |
| Total invested assets | 5,711 | 5,609 | 99.0 | 99.0 |
| Accrued interest | 60 | 59 | 1.0 | 1.0 |
| Total assets | 5,771 | 5,668 | 100.0 | 100.0 |

### LIABILITIES & SURPLUS ($000)

| | 12/31/06 | 12/31/05 | '06% | '05% |
|---|---|---|---|---|
| All other liabilities | 17 | 63 | 0.3 | 1.1 |
| Total liabilities | 17 | 63 | 0.3 | 1.1 |
| Capital & assigned surplus | 5,000 | 5,000 | 86.6 | 88.2 |
| Unassigned surplus | 754 | 605 | 13.1 | 10.7 |
| Total policyholders' surplus | 5,754 | 5,605 | 99.7 | 98.9 |
| Total liabilities & surplus | 5,771 | 5,668 | 100.0 | 100.0 |

### SUMMARY OF 2006 OPERATIONS ($000)

| Statement of Income | 12/31/06 | Funds Provided from Operations | 12/31/06 |
|---|---|---|---|
| Net investment income | 214 | Investment income | 218 |
| Pre-tax oper income | 214 | Pre-tax cash operations | 218 |
| Income taxes incurred | 64 | Income taxes pd (recov) | 76 |
| Net income | 149 | Net oper cash flow | 142 |

◆

# Liberty Mutual Insurance Companies

**Ultimate Parent: Liberty Mutual Holding Company Inc.**

## LIBERTY MUTUAL FIRE INSURANCE COMPANY
Wausau, WI
175 Berkeley Street, Boston, MA 02117
Web: www.libertymutual.com

Tel: 617-357-9500                                 Fax: 617-574-5955
AMB#: 02282                                       NAIC#: 23035
Ultimate Parent#: 51114                           FEIN#: 04-1924000

## BEST'S RATING

Based on our opinion of the consolidated Financial Strength of the members of Liberty Mutual Insurance Companies, which operate under a business pooling arrangement, each pool member is assigned a Best's Rating of A (Excellent). The company is assigned the Financial Size Category of Class XV, which is the Financial Size Category of the pool. Refer to the Preface for a complete explanation of Best's Rating system and procedure.

## RATING RATIONALE

For a detailed discussion of the rating rationale, refer to the report of Liberty Mutual Insurance Companies.

**Best's Rating: A p**                                                                 **Outlook: Stable**

### FIVE YEAR RATING HISTORY
Rating as of July 23, 2007: A p

| Date | Best's Rating | Date | Best's Rating |
|---|---|---|---|
| 02/28/07 | A p | 06/17/04 | A p |
| 01/25/06 | A p | 03/07/03 | A p |

### KEY FINANCIAL INDICATORS ($000)

Statutory Data

| Period Ending | Direct Premiums Written | Net Premiums Written | Pretax Operating Income | Net Income | Total Admitted Assets | Policy-holders' Surplus |
|---|---|---|---|---|---|---|
| 2002 | 4,516,555 | 841,713 | 78,548 | 79,697 | 2,664,136 | 701,778 |
| 2003 | 4,976,204 | 922,940 | 20,561 | 72,680 | 2,560,603 | 551,230 |
| 2004 | 5,633,437 | 992,878 | 14,338 | 34,626 | 2,774,089 | 672,745 |
| 2005 | 5,842,493 | 1,059,609 | 22,473 | 22,087 | 3,016,812 | 829,974 |
| 2006 | 6,493,295 | 1,186,413 | 73,637 | 52,992 | 3,420,760 | 913,531 |

Case 7:08-cv-07009-SCR    Document 2    Filed 03/28/2008    Page 5 of 5

| Period Ending | Comb. Ratio | Inv. Yield (%) | Pretax ROR (%) | NA Inv Lev | NPW to PHS | Net Lev. | Overall Liq. (%) | Oper. Cash-flow (%) |
|---|---|---|---|---|---|---|---|---|
| 2002 | 108.2 | 7.7 | 9.9 | 60.0 | 1.2 | 4.0 | 135.8 | 100.8 |
| 2003 | 108.7 | 6.3 | 2.3 | 77.5 | 1.7 | 5.3 | 127.4 | 115.4 |
| 2004 | 107.5 | 5.2 | 1.5 | 62.1 | 1.5 | 4.6 | 132.0 | 105.4 |
| 2005 | 107.4 | 4.9 | 2.2 | 54.5 | 1.3 | 3.9 | 138.0 | 111.2 |
| 2006 | 102.5 | 4.7 | 6.5 | 58.8 | 1.3 | 4.0 | 136.4 | 125.8 |
| 5-Yr | 106.6 | 5.7 | 4.4 | ... | ... | ... | ... | ... |

(*) Data reflected within all tables of this report has been compiled from the company-filed statutory statement. Within several financial tables of this report, this company is compared against the Commercial Casualty Composite.

## BUSINESS REVIEW

For a detailed discussion of business review, refer to the report of Liberty Mutual Insurance Companies.

### 2006 BUSINESS PRODUCTION AND PROFITABILITY ($000)

| Product Line | Premiums Written Direct | Premiums Written Net | % of Total NPW | Pure Loss Ratio | Loss & LAE Res. |
|---|---|---|---|---|---|
| Workers' Comp | 844,801 | 391,727 | 33.0 | 71.1 | 987,552 |
| Priv Pass Auto Liab | 1,633,279 | 218,665 | 18.4 | 57.6 | 235,174 |
| Homeowners | 1,354,541 | 159,138 | 13.4 | 50.9 | 40,500 |
| Auto Physical | 1,186,165 | 117,574 | 9.9 | 52.2 | 2,069 |
| Oth Liab Occur | 380,190 | 65,533 | 5.5 | 65.6 | 250,755 |
| Comm'l Auto Liab | 370,950 | 49,058 | 4.1 | 44.3 | 71,363 |
| Inland Marine | 38,544 | 35,272 | 3.0 | 87.0 | 8,331 |
| Fire | 352,753 | 28,881 | 2.4 | 37.2 | 10,808 |
| Com'l MultiPeril | 38,750 | 25,811 | 2.2 | 90.5 | 40,597 |
| Surety | 7,585 | 24,319 | 2.0 | 20.8 | 11,447 |
| Allied Lines | 144,015 | 10,158 | 0.9 | 103.0 | 7,139 |
| All Other | 141,723 | 60,278 | 5.1 | 53.9 | 176,980 |
| Totals | 6,493,295 | 1,186,413 | 100.0 | 61.2 | 1,842,715 |

**Major 2006 Direct Premium Writings by State ($000):** New York, $815,625 (12.6%); California, $634,146 (9.8%); New Jersey, $611,095 (9.4%); Florida, $504,359 (7.8%); Pennsylvania, $287,212 (4.4%); 49 other jurisdictions, $3,641,597 (56.1%); Canada, $-9 (0.0%); Aggregate Alien, $-730 (0.0%).

## CAPITALIZATION

For a detailed discussion of capitalization, refer to the report of Liberty Mutual Insurance Companies.

### CAPITAL GENERATION ANALYSIS ($000)

| Period Ending | Pretax Operating Income | Total Net Inv. Gains | Net Contrib. Capital | Other, Net of Tax | Change in PHS | PHS Growth (%) |
|---|---|---|---|---|---|---|
| 2002 | 78,548 | -85,523 | -81,647 | -26,068 | -114,690 | -14.0 |
| 2003 | 20,561 | 90,054 | -283,309 | 22,146 | -150,548 | -21.5 |
| 2004 | 14,338 | 32,670 | 75,000 | -494 | 121,515 | 22.0 |
| 2005 | 22,473 | 20,538 | 100,000 | 14,219 | 157,230 | 23.4 |
| 2006 | 73,637 | 29,683 | ... | -19,764 | 83,556 | 10.1 |
| 5-Yr | 209,556 | 87,422 | -189,956 | -9,961 | 97,062 | ... |

## HISTORY

This company was incorporated October 31, 1908 under the laws of Massachusetts as the United Druggists Mutual Fire Insurance Company. The word "Druggists" was deleted from its title in 1918. The present name was adopted on December 15, 1949.

At a Special Meeting on November 9, 2001, policyholders voted in favor of a plan to reorganize Liberty Mutual Fires Insurance Company into a mutual holding company structure. This was part of a series of transactions designed to bring two of Liberty Mutual Fire Insurance Company's affiliates, namely, Liberty Mutual Insurance Company and Employers Insurance Company of Wausau, under a single mutual holding company structure, namely Liberty Mutual Holding Company, Inc. These transactions were completed in the first quarter of 2002. On December 22, 2005, the company redomesticated from Massachusetts to Wisconsin.

## MANAGEMENT

Administration of affairs is under the guidance of experienced insurance executives, the majority of whom have spent the greater part of their business careers with the Liberty Mutual Group.

**Officers:** Chairman of the Board, President and Chief Executive Officer, Edmund F. Kelly; Executive Vice President and Chief Investment Officer, Anthony A. Fontanes; Executive Vice Presidents, J. Paul Condrin III, Gary R. Gregg, David H. Long, Thomas C. Ramey; Senior Vice President and Chief Financial Officer, Dennis J. Langwell; Senior Vice President and Chief Information Officer, Stuart M. McGuigan; Senior Vice President and General Counsel, Christopher C. Mansfield; Senior Vice Presidents, Helen E. Sayles, Stephen G. Sullivan; Vice President and Secretary, Dexter R. Legg; Vice President and Treasurer, Laurance H. Soyer Yahia; Vice President and Actuary, Robert T. Muleski; Vice President and Comptroller, John D. Doyle.

**Directors:** John P. Condrin III, Anthony A. Fontanes, Edmund F. Kelly (Chairman), Dennis J. Langwell, David H. Long, Christopher C. Mansfield, Thomas C. Ramey.

## REGULATORY

An examination of the financial condition was made as of December 31, 2004 by the Insurance Department of Massachusetts. The 2006 annual independent audit of the company was conducted by Ernst & Young, LLP. The annual statement of actuarial opinion is provided by Robert T. Muleski, FCAS, MAAA, VP and Corporate Actuary, Liberty Mutual Insurance Company.

**Territory:** The company is licensed in the District of Columbia, Guam, Puerto Rico, U.S. Virgin Islands and all states. It is also licensed in all Canadian provinces and territories.

## REINSURANCE PROGRAMS

For a detailed discussion of reinsurance, refer to the report of Liberty Mutual Insurance Companies.

## BALANCE SHEET

### ADMITTED ASSETS ($000)

|  | 12/31/06 | 12/31/05 | '06% | '05% |
|---|---|---|---|---|
| Bonds | 2,176,449 | 2,106,523 | 63.6 | 69.8 |
| Preferred stock | 22,502 | 4,520 | 0.7 | 0.1 |
| Common stock | 202,343 | 165,869 | 5.9 | 5.5 |
| Cash & short-term invest | 176,044 | 53,796 | 5.1 | 1.8 |
| Other non-affil inv asset | 175,951 | 100,822 | 5.1 | 3.3 |
| Investments in affiliates | 69,656 | 43,168 | 2.0 | 1.4 |
| Total invested assets | 2,822,945 | 2,474,698 | 82.5 | 82.0 |
| Premium balances | 427,174 | 347,322 | 12.5 | 11.5 |
| Accrued interest | 23,137 | 21,355 | 0.7 | 0.7 |
| All other assets | 147,504 | 173,437 | 4.3 | 5.7 |
| Total assets | 3,420,760 | 3,016,812 | 100.0 | 100.0 |

### LIABILITIES & SURPLUS ($000)

|  | 12/31/06 | 12/31/05 | '06% | '05% |
|---|---|---|---|---|
| Loss & LAE reserves | 1,842,715 | 1,711,688 | 53.9 | 56.7 |
| Unearned premiums | 468,377 | 419,930 | 13.7 | 13.9 |
| All other liabilities | 196,138 | 55,219 | 5.7 | 1.8 |
| Total liabilities | 2,507,230 | 2,186,838 | 73.3 | 72.5 |
| Capital & assigned surplus | 308,225 | 303,727 | 9.0 | 10.1 |
| Unassigned surplus | 605,305 | 526,247 | 17.7 | 17.4 |
| Total policyholders' surplus | 913,531 | 829,974 | 26.7 | 27.5 |
| Total liabilities & surplus | 3,420,760 | 3,016,812 | 100.0 | 100.0 |

### SUMMARY OF 2006 OPERATIONS ($000)

| Statement of Income | 12/31/06 | Funds Provided from Operations | 12/31/06 |
|---|---|---|---|
| Premiums earned | 1,137,141 | Premiums collected | 1,103,873 |
| Losses incurred | 694,869 | Benefit & loss related pmts | 524,872 |
| LAE incurred | 173,540 |  |  |
| Undrw expenses incurred | 304,564 | LAE & undrw expenses paid | 444,146 |
| Div to policyholders | 5,103 | Div to policyholders | 4,850 |
| Net underwriting income | -40,935 | Undrw cash flow | 130,005 |
| Net investment income | 122,874 | Investment income | 119,729 |
| Other income/expense | -8,303 | Other income/expense | 15,501 |
| Pre-tax oper income | 73,637 | Pre-tax cash operations | 265,235 |
| Realized capital gains | 6,404 |  |  |
| Income taxes incurred | 27,049 | Income taxes pd (recov) | 11,022 |
| Net income | 52,992 | Net oper cash flow | 254,212 |

---

# LIBERTY MUTUAL INSURANCE COMPANIES
175 Berkeley Street, Boston, MA 02117
Web: www.libertymutual.com

Tel: 617-357-9500  Fax: 617-426-3221
AMB#: 00060

## BEST'S RATING

Based on our opinion of the group's Financial Strength, it is assigned a Best's Rating of A (Excellent). The group's Financial Size Category is